```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CLEVELAND BRUNSON,              :    CIVIL ACTION
                                :    NO. 04-2166
          Plaintiff,            :
                                :
     v.                         :
                                :
JO ANNE BARNHART,               :
COMMISSIONER OF SOCIAL          :
SECURITY ADMINISTRATION,        :
                                :
          Defendant.            :
```

### O R D E R

**AND NOW**, this **12th** day of **July, 2005,** upon consideration of the cross-motions for summary judgment and after review of the Report and Recommendation of United States Magistrate Judge Charles B. Smith, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;[1]

2. Plaintiff's motion for summary judgment (doc. no. 12) is **GRANTED.**

3. Defendant's motion for summary judgment (doc. no. 13) is **DENIED.**

4. The final decision of the Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits under Title II of the Social

---

[1] Defendant did not file objections to the Magistrate Judge's Report and Recommendation.

       Security Act is **REVERSED**;

5.   The matter is remanded to the Commissioner for a calculation of benefits.

**AND IT IS SO ORDERED.**

 

_____
**EDUARDO C. ROBRENO, J.**